

Stanley M. SHEPP, Petitioner

v.

Tracey L. SHEPP, a/k/a Tracey
L. Roberts, Respondent.

Supreme Court of Pennsylvania.

Sept. 29, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of September 2003, we **GRANT** the Petition for Allowance of Appeal, and **LIMIT** it to the following question:

> To what extent can the courts limit parents from advocating religious beliefs that, if acted upon, would constitute criminal conduct?

John Richard Orie, Pittsburgh, for Patricia F. Daw, Appellant.

Jeffrey L. Giltenboth, Pittsburgh, for Dept. of Transp.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Gary KOZLOWSKI, Appellant

v.

DEPARTMENT OF CORRECTIONS; Chief, Secretary's Office of Inmate Grievances and Appeals, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 8, 2003.

Decided Sept. 30, 2003.

Patricia F. DAW, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANS-PORTATION, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 8, 2003.

Decided Sept. 30, 2003.

Daniel C. Bell, Clearfield, for Gary Kozlowski, Appellant.